

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-88,714-03 & WR-88,714-04

## EX PARTE CAVU MANGUM, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS CAUSE NOS. 02-7-6625A & 02-7-6625B IN THE 24TH DISTRICT COURT FROM JACKSON COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court these applications for writs of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of theft and sentenced to ten years' imprisonment. He did not appeal his conviction.

The trial court determined that Applicant was entitled to relief. However, Applicant discharged this sentence while the writ was pending. Applicant is no longer "restrained in his liberty" by this conviction. TEX. CODE CRIM. PROC. art. 11.01. He has not alleged that he suffers any collateral consequences from this conviction. TEX. CODE CRIM. PROC. art. 11.07 § 3(c). Accordingly, these habeas corpus applications are dismissed.

Filed: September 11, 2019
Do not publish